# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| EPI-USE AMERICA, INC.<br><br>    Plaintiff,<br><br>v.<br><br>MARK PALMA, an individual, JAMES KEITH HARMON, an individual, CHRISTOPHER HASKETT, an individual, and LABYRINTH SOLUTIONS, LLC f/k/a LABYRINTH SOLUTIONS INC. d/b/a INVENIOLSI,<br><br>    Defendants. | CIVIL ACTION NO. 1:25-CV-01303-TRJ |

## CERTIFICATE OF SERVICE OF DISCOVERY

The undersigned counsel for Plaintiff EPI-USE America, Inc. hereby certifies that, on May 1, 2026, undersigned counsel caused copies of the below listed documents to be served on counsel of record for Defendants Mark Palma, James Keith Harmon, Christopher Haskett, and Labyrinth Solutions, LLC f/k/a Labyrinth Solutions Inc. d/b/a InvenioLSI, by e-mail to the addresses set forth below:

1. Plaintiff's F.R.C.P. 26(a)(1) Disclosures

       Warren R. Hall, Jr.
       whall@hgrslaw.com
       Hall, Gilligan, Roberts & Shanlever LLP
       3340 Peachtree Rd. NE, Suite 1900

Atlanta, Georgia 30326
Direct Dial: 404-442-8777
Fax: 404-537-5555
Georgia Bar No. 319405

Wayne M. Cartwright
Hall, Gilligan, Roberts & Shanlever LLP
3340 Peachtree Rd. NE, Suite 1900
Atlanta, Georgia 30326
Direct Dial: 404-442-8777
Fax: 404-537-5555
wcartwright@hgrslaw.com
Georgia Bar No. 257328

Asher W. Lipsett
Hall, Gilligan, Roberts & Shanlever LLP
3340 Peachtree Rd. NE, Suite 1900
Atlanta, Georgia 30326
Direct Dial: 404-442-8777
Fax: 404-537-5555
alipsett@hgrslaw.com
Georgia Bar No. 951994

**(SIGNATURE PAGE FOLLOWS)**

2

Respectfully submitted this 1st day of May, 2026

**MILLER & MARTIN PLLC**

/s/ Eileen H. Rumfelt

Eileen H. Rumfelt
Georgia Bar No. 040608
Paul M. Alexander
Georgia Bar No. 009003
1180 West Peachtree Street, NW
Suite 2100
Atlanta, Georgia 30309
(404) 962-6100
(404) 962-6300 (Facsimile)
Eileen.rumfelt@millermartin.com
Paul.alexander@millermartin.com

*Counsel for Plaintiff EPI-USE
America, Inc.*

**BERG HILL GREENLEAF RUSCITTI LLP**

/s/ Mark D. Changaris

Mark D. Changaris
*pro hac vice*
1712 Pearl Street
Boulder, Colorado 80302
(303) 402-1600
(303) 402-1601 (Facsimile)
mdc@bhgrlaw.com

*Counsel for Plaintiff EPI-USE
America, Inc.*