**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| EPI-USE AMERICA, INC.<br><br>    Plaintiff,<br><br>v.<br><br>MARK PALMA, an individual, JAMES KEITH HARMON, an individual, CHRISTOPHER HASKETT, an individual, and LABYRINTH SOLUTIONS, LLC f/k/a LABYRINTH SOLUTIONS INC. d/b/a INVENIOLSI,<br><br>    Defendants. | CIVIL ACTION NO. 1:25-CV-01303-TRJ |

## RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to L.R. 5.4, Plaintiff EPI-USE America Inc. ("**EPI-USE**" or "**Plaintiff**") hereby certifies that, through its undersigned counsel, it served copies of the following discovery:

1.      Plaintiff EPI-USE America, Inc.'s First Set of Interrogatories, Requests for Production of Documents, and Requests for Admission to Defendant Mark Palma;

2.      Plaintiff EPI-USE America, Inc.'s First Set of Interrogatories, Requests for Production of Documents, and Requests for Admission to Defendant James Keith

Harmon;

3.      Plaintiff EPI-USE America, Inc.'s First Set of Interrogatories, Requests for Production of Documents, and Requests for Admission to Defendant Christopher Haskett; and

4.      Plaintiff EPI-USE America, Inc.'s First Set of Interrogatories, Requests for Production of Documents, and Requests for Admission to Defendant Labyrinth Solutions, LLC f/k/a Labyrinth Solutions Inc. d/b/a invenioLSI;

upon all counsel of record via electronic mail as set forth below:

> Warren R. Hall, Jr.
> whall@hgrslaw.com
> Wayne M. Cartwright
> wcartwright@hgrslaw.com
> Asher W. Lipsett
> alipsett@hgrslaw.com
> Hall, Gilligan, Robers & Shanlever LLP
> Atlanta, Georgia 30326

This 26th day of May, 2026.

**BERG HILL GREENLEAF RUSCITTI LLP**

*/s/ Mark D. Changaris*
Mark D. Changaris (*pro hac vice*)
Colorado Bar No. 40408
1712 Pearl Street
Boulder, Colorado 80302
(303) 402-1600
(303) 402-1601 (Facsimile)
mdc@bhgrlaw.com

**~ and ~**

2

**MILLER & MARTIN PLLC**

*/s/ Eileen H. Rumfelt*
Eileen H. Rumfelt
Georgia Bar No. 040608
Paul M. Alexander
Georgia Bar No. 009003
1180 West Peachtree Street, NW
Suite 2100
Atlanta, Georgia 30309
(404) 962-6100
(404) 962-6300 (Facsimile)
Eileen.rumfelt@millermartin.com
Paul.alexander@millermartin.com

*Counsel for Plaintiff EPI-USE America, Inc.*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 26, 2026, I electronically filed a copy of the foregoing **RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all counsel of record.

This 26th day of May, 2026.

/s/ Eileen H. Rumfelt
Eileen H. Rumfelt
Georgia Bar No. 040608

*Counsel for Plaintiff EPI-USE America, Inc.*

4